**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of Illinois
(State)

Case number (*If known*): Unknown   Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

| | | |
|---|---|---|
| 1. | **Debtor's name** | Bluberi USA, Inc. |
| 2. | **Debtor's unique identifier** | **For non-individual debtors:**<br>☒ Federal Employer Identification Number (EIN)  33 – 1227934<br>☐ Other _____. Describe identifier _____.<br><br>**For individual debtors:**<br>☐ Social Security number:  XXX - XX– _____<br>☐ Individual Taxpayer Identification number (ITIN):  9 XX - XX - _____<br>☐ Other _____. Describe identifier _____. |
| 3. | **Name of foreign representative(s)** | Bluberi Gaming Technologies Inc. |
| 4. | **Foreign proceeding in which appointment of the foreign representative(s) occurred** | In re Bluberi Gaming Technologies, et al., Superior Court - Commercial Division, Province of Québec, District of Montréal, File No. 500-11-049737-154 |
| 5. | **Nature of the foreign proceeding** | *Check one:*<br>☐ Foreign main proceeding<br>☐ Foreign nonmain proceeding<br>☒ Foreign main proceeding, or in the alternative foreign nonmain proceeding |
| 6. | **Evidence of the foreign proceeding** | ☒ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.<br>☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.<br>☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.<br>_____<br>_____ |
| 7. | **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?** | ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)<br>☒ Yes |

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 1



Debtor  Bluberi USA, Inc.
_____Name_____

Case number (*if known*) Unknown

| 8. | **Others entitled to notice** | Attach a list containing the names and addresses of: |
|---|---|---|
| | | (i) all persons or bodies authorized to administer foreign proceedings of the debtor, |
| | | (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and |
| | | (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code. |

**9. Addresses**

**Country where the debtor has the center of its main interests:**

Canada

**Debtor's registered office:**

310-2120      rue Letendre
Number        Street

_____
P.O. Box

Drummondville     Québec      J2C7E9
City              State/Province/Region    ZIP/Postal Code

Canada
Country

**Individual debtor's habitual residence:**

_____
Number    Street

_____
P.O. Box

_____
City    State/Province/Region   ZIP/Postal Code

_____
Country

**Address of foreign representative(s):**

310-2120 rue Letendre
Number    Street

_____
P.O. Box

Drummondville    Québec      J2C7E9
City             State/Province/Region    ZIP/Postal Code

Canada
Country

**10. Debtor's website** (URL)    www.bluberi.com

**11. Type of debtor**

*Check one:*

☐ Non-individual (*check one*):

☒ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

☐ Partnership

☐ Other. Specify: _____

☐ Individual

---

Official Form 401        Chapter 15 Petition for Recognition of a Foreign Proceeding        page 2


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor  **Bluberi USA, Inc.**
        Name

Case number (if known) **Unknown**

**12. Why is venue proper in this district?**

Check one:

☒ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
_____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
_____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _/s/ Gerald Duhamel_                   President,
Signature of foreign representative      Bluberi Gaming Technologies, Inc.
                                         Printed name

Executed on  02/18/2016
             MM / DD / YYYY

✗ _____        _____
Signature of foreign representative      Printed name

Executed on  _____
             MM / DD / YYYY

**14. Signature of attorney**

✗ /s/ Patrick C. Maxcy                    Date  02/18/2016
Signature of Attorney for foreign representative     MM / DD / YYYY

Patrick C. Maxcy
Printed name
Dentons US LLP
Firm name
233                South Wacker Drive Suite 5900
Number             Street
Chicago                                  IL         60606
City                                     State      ZIP Code

312.876.8000                             patrick.maxcy@dentons.com
Contact phone                            Email address

6275469                                  Illinois
Bar number                               State

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 3

